

# NUMBER 13-11-584-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE UNITED FIRE AND CASUALTY COMPANY

## On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

### Before Justices Rodriguez, Vela, and Perkes
### Memorandum Opinion Per Curiam[1]

Relator, United Fire and Casualty Company, filed a petition for writ of mandamus in the above cause on September 15, 2011. Relator contends that the trial court abused its discretion in denying its motion to disqualify counsel for real parties in interest, Jamail and Smith Construction f/k/a Jamail Construction.

The Court, having examined and fully considered the petition for writ of mandamus and the mandamus record, is of the opinion that relator has not met its

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

burden to obtain mandamus relief.  Accordingly, relator's petition for writ of mandamus

is denied.  *See* TEX. R. APP. P. 52.8(a).


PER CURIAM


Delivered and filed the
27th day of September, 2011.